1  APPL
2  Charles Kukes #1219434
   NAME
3  P.O. Box 650
   ADDRESS
4
5  Indian Springs, NV 89070
   CITY, STATE, ZIP CODE
6  (760) 440-4519
   TELEPHONE
7  IN PROPER PERSON
8
9                    Clark DISTRICT COURT
10                         COUNTY, NEVADA
11 Charles Kukes
                                    )
12         Plaintiff,                )
                                     )
13     vs.                           )    Case No.:_____
                                     )
14 State of Nevada                   )    Dept. No.:_____
                                     )
15                                   )
           Defendant                 )
16
17         **APPLICATION TO PROCEED INFORMA PAUPERIS**
                    (Filing Fees/Service Only)
18
19     Pursuant to NRS 12.015, and based on the following Affidavit, I request
20 permission from this Court to proceed without paying court costs or other costs and fees
   as provided in NRS 12.015, because I lack sufficient financial ability.
21
22
23
24
25
26
27
28

**AFFIDAVIT**

STATE OF NEVADA )
                ) ss.
COUNTY OF CLARK )

I, _Charles Kukes_, after being duly sworn, depose and state as follows:

I wish to file with this Court the pleading submitted with this Application. I cannot pay the filing fees and costs of this action because I lack sufficient income, assets, or other resources. Including myself, there are __0__ adults and __0__ children age(s) __N/A__ in my household.

My total monthly income is $ _15.00_

From all sources including employment, self-employment, social security, child support, etc       $ _15.00_

Any other household income from another member of the household is       $ _0_

My employer is __NDOC__ located at __HDSP Culinary__, my job title is __Cook__.

The following represents a list of all of my assets and their value:

Automobile _0_         Value $ _0_        Loan Balance $ _0_
YEAR, MAKE, AND MODLE

Mobile Home, House or Other Real Estate _0_      $ _0_       $ _0_
SIZE, TYPE, AND YEAR

Bank Accounts _0_      Value $ _0_        Loan Balance $ _0_
NAME OF BANK AND TYPE OF ACCOUNT

_0_      $ _0_       $ _0_
NAME OF BANK AND TYPE OF ACCOUNT

Other _0_       $ _0_       $ _0_
DESCRIPTION

|   | $ Ø |
|---|---|
|   | $ Ø |

The following represents my total monthly expenses:

| Rent or Mortgage | $ 7.50 |
|---|---|
| Phone, Gas, Electricity, and Other Utilities | $ Ø |
| Food | $ Ø |
| Child Care | $ Ø |
| Insurance | $ Ø |
| Medical | $ Ø |
| Transportation | $ Ø |
| Other: Auto Insurance | $ Ø |
| None | $ Ø |
| **TOTAL MONTHLY EXPENSES** | **$ 7.50** |

I request the Court hold a hearing on this Application if the Court is inclined to deny same, so that I may testify as to my indigent status. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 31st day of August, 2022.

_____
(Signature) Charles Hughes

HDSP

1 | CASE NO. _____
2 | DEPT NO. _____
3
4
5
6
7
8 | IN THE MATTER OF
9 | Charles Kukes _____    **STATE FINANCIAL CERTIFICATE**
10 | Name
    | ON MOTION FOR LEAVE TO PROCEED
11 | IN FORMA PAUPERIS
12 | _____
13 | I, hereby certify that the Petitioner named herein above has the sum of $ __0__ on account
14 | to his credit at the facility where hs is confined. I further certify that the Petitioner likewise has the
15 | following securities to his credit according to the records of said facility:
16 | Savings has a balance of $143.00
17
18
19 | DATED: this __5__ day of __August__, 20__22__
20
21
22
23 | _____
24 | NEVADA DEPARTMENT OF CORRECTIONS
25 | INMATE SERVICES ACCOUNTANT OR
26 | AUTHORIZED OFFICER IF FACILITY
27
28

PLEASE EXECUTE A FINANCIAL CERTIFICATE FOR:
Inmate Name: Charles Kukes      NDOC#: 1219434   Housing: 7-D-30
Date: 7-1-22

_____
Inmate Signature

To receive Financial Certificate from
Inmate Banking, choose ONE below
● Please schedule me to pick up in Law Library
○ Please mail to me

# Daily Transaction Summary: February 01, 2022 - July 31, 2022

Page 1

## Offender Information

| | |
|---|---|
| Offender Number: 1219434 | Institution: HDSP |
| Offender Name: KUKES, CHARLES A | Housing Facility: U7 |
| Account Status: Open | |

Living Unit: D
Cell: 30
Bed: A

## Primary Trust Transactions

| Date | Transaction Type | Payer / Paid To | Reference Number | Deposit# / Check# | Amount | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 02/01/2022 | | | | | | $2.44 | |
| 02/10/2022 06:13:39 AM | Commissary | | 3809;103290243 | | ($2.44) | $0.00 | SDCC |
| 07/07/2022 10:25:43 AM | NDOC (non-Pl) Payroll | 7192 - NDOC (non-Pl) Payroll | 06/30/2022 | 9900022906 | $30.00 | $30.00 | HDSP |
| 07/07/2022 10:25:43 AM | Room and Board | Room and Board | 06/30/2022 | | ($7.50) | $22.50 | HDSP |
| 07/07/2022 10:25:43 AM | Legal Supply | Inmate Welfare Fund | 06/30/2022 | | ($4.04) | $18.46 | HDSP |
| 07/07/2022 10:25:43 AM | Legal Supply | Inmate Welfare Fund | 06/30/2022 | | ($0.46) | $18.00 | HDSP |
| 07/07/2022 10:25:43 AM | Savings | | 06/30/2022 | | ($3.00) | $15.00 | HDSP |
| 07/15/2022 06:51:55 AM | Commissary | | 6209;103437804 | | ($9.86) | $5.14 | HDSP |
| 07/19/2022 02:05:49 PM | Phone Credit | Securus | 1658264750 | | ($1.00) | $4.14 | DOC |
| 07/22/2022 06:45:52 AM | Commissary | | 6209;103445071 | | ($0.50) | $3.64 | HDSP |
| 07/29/2022 06:36:45 AM | Commissary | | 6209;103451168 | | ($3.64) | $0.00 | HDSP |
| 07/31/2022 | | | | | | $0.00 | |

## Trust2

| Date | | | Reference Number | | Amount | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 02/01/2022 | | | | | | $0.00 | |
| No Activity | | | | | | | |
| 07/31/2022 | | | | | | $0.00 | |

## Trust3

| Date | | | Reference Number | | Amount | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 02/01/2022 | | | | | | $0.00 | |
| No Activity | | | | | | | |
| 07/31/2022 | | | | | | $0.00 | |

## Savings

| Date | | | Reference Number | | Amount | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 02/01/2022 | | | | | | $140.00 | |
| 07/07/2022 10:25:43 AM | | | 06/30/2022 | | $3.00 | $143.00 | HDSP |
| 07/31/2022 | | | | | | $143.00 | |

Nevada Department Of Corrections - DOC

8/2/2022 02:10 PM

Daily Transaction Summary (1219434 - CHARLES KUKES cont.): February 01, 2022 - July 31, 2022

Page 2

## Holds - Current as of Date and Time of Report

| Date Held | Hold Type | Notes | Amount |
|---|---|---|---|
| No Activity | | | $0.00 |

## Department Charge 1

**Department Opening Balance:**

### DOC Sanction Type: Legal Supply

| Reference Number | Document Number | V Document Number | DOC Sanction Date | Paid To |
|---|---|---|---|---|
| 2598117 | 10000251735 | | 10/6/2021 | Inmate Welfare Fund |

| Date | Description | Check Document Number | Amount | Balance |
|---|---|---|---|---|
| 02/01/2022 | | Opening Balance: | | $0.00 |
| 03/20/2022 10:15:51 AM | New | | $4.04 | $4.04 |
| 07/07/2022 10:25:43 AM | Offender Payment | | ($4.04) | $0.00 |
| 07/31/2022 | | Closing Balance: | | $0.00 |

### DOC Sanction Type: Legal Supply

| Reference Number | Document Number | V Document Number | DOC Sanction Date | Paid To |
|---|---|---|---|---|
| 2598605 | 10000253692 | | 3/7/2022 | Inmate Welfare Fund |

| Date | Description | Check Document Number | Amount | Balance |
|---|---|---|---|---|
| 02/01/2022 | | Opening Balance: | | $0.00 |
| 05/25/2022 03:34:06 PM | New | | $4.04 | $4.04 |
| 07/07/2022 10:25:43 AM | Offender Payment | | ($0.46) | $3.58 |
| 07/31/2022 | | Closing Balance: | | $3.58 |

### DOC Sanction Type: Postage

| Reference Number | Document Number | V Document Number | DOC Sanction Date | Paid To |
|---|---|---|---|---|
| 2613970 | 10000253692 | | 3/17/2022 | Inmate Welfare Fund |

| Date | Description | Check Document Number | Amount | Balance |
|---|---|---|---|---|
| 02/01/2022 | | Opening Balance: | | $0.00 |
| 05/25/2022 03:36:51 PM | New | | $15.16 | $15.16 |
| 07/31/2022 | | Closing Balance: | | $15.16 |

### DOC Sanction Type: Legal Supply

| Reference Number | Document Number | V Document Number | DOC Sanction Date | Paid To |
|---|---|---|---|---|
| 2508844 | 10000255866 | | 6/24/2022 | Inmate Welfare Fund |

| Date | Description | Check Document Number | Amount | Balance |
|---|---|---|---|---|
| 02/01/2022 | | Opening Balance: | | $0.00 |
| 07/18/2022 08:49:52 AM | New | | $7.80 | $7.80 |
| 07/31/2022 | | Closing Balance: | | $7.80 |

**Department Closing Balance:**

Remaining Obligations - Current as of Date and Time of Report    $26.54

Page 3

**Daily Transaction Summary (1219434 - CHARLES KUKES cont.): February 01, 2022 - July 31, 2022**

| Description | Paid To | Period To Curr | Max Per Period | Ordered | Initial Payment | Paid To Curr | Outside Source | Total Paid | Total Remaining |
|---|---|---|---|---|---|---|---|---|---|
| No Remaining Obligations | | | | | | | | | |
| | | | | | | | | Total: | $0.00 |