UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES KUKES,<br>  Plaintiff,<br>v.<br>STATE OF NEVADA, et al.,<br>  Defendant(s). | Case No. 2:22-cv-01444-JAD-NJK<br><br>**ORDER**<br>[Docket No. 1] |

**I. DISCUSSION**

On September 6, 2022, Plaintiff, an inmate in the custody of the High Desert State Prison, submitted a complaint and filed an application to proceed *in forma pauperis*. Docket Nos. 1, 1-1. Plaintiff's application to proceed *in forma pauperis* is incomplete. Specifically, Plaintiff submitted a state court application to proceed *in forma pauperis* instead of this Court's application and failed to include a signed financial certificate. *Id.*

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the civil action without prepaying the full $402 filing fee. To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

 (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3);

 (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form); and

 (3) a copy of the <u>**inmate's prison or jail trust fund account statement for the previous six-month period.**</u>

Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, without prejudice because the application is incomplete. The Court will grant Plaintiff a

**one-time extension** to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents. Plaintiff must file a fully complete application to proceed *in forma pauperis* on or before **November 7, 2022.** Absent unusual circumstances, the Court will not grant any further extensions of time. If Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three required documents on or before **November 7, 2022**, this case will be subject to dismissal without prejudice for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

A dismissal without prejudice means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with the application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **November 7, 2022** to proceed with this case.

The Court will retain Plaintiff's complaint, Docket No. 1-1, but the Court will not file the complaint unless and until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

**II. CONCLUSION**

For the foregoing reasons,

IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, is **DENIED** without prejudice to file a new fully complete application to proceed *in forma pauperis* with all three documents.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, on or before **November 7, 2022**, Plaintiff must either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3);

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form); and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **November 7, 2022**, this case will be subject to dismissal **without prejudice** for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the the full $402 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court will retain Plaintiff's complaint, Docket No. 1-1, but will not file it at this time

IT IS SO ORDERED.

DATED: September 8, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE