# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES KUKES, | Case No.: 2:22-cv-01444-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

On November 16, 2022, the Court granted Plaintiff's application to proceed *in forma pauperis* subject to certain conditions. Docket No. 5. The Court ordered Plaintiff to pay an initial partial filing fee of $7.00, no later than January 17, 2023, after which the Court would screen Plaintiff's complaint. *Id*.

Plaintiff has failed to pay the initial filing fee. *See* Docket. The Court extends Plaintiff's deadline to pay his $7.00 initial partial filing fee to **November 1, 2023**. The Court will not grant any further extensions of this deadline. **Failure to timely pay the initial partial filing fee will result in a recommendation of dismissal of this action.**

IT IS SO ORDERED.

Dated: October 2, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE