UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES KUKES,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>        Defendants. | Case No.: 2:22-cv-01444-JAD-NJK<br><br>**ORDER** |

On October 2, 2023, this Court extended the deadline for plaintiff Charles Kukes to pay an initial partial filing fee of $7.00 to proceed *in forma pauperis* by November 1, 2023. Docket No. 6. The order was returned as undeliverable, noting that Plaintiff was discharged from High Desert State Prison. Docket No. 7. Plaintiff has not filed his updated address with the Court. Nevada Local Rule IA 3-1 instructs that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Failure to comply with this rule "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

Accordingly, Plaintiff is hereby **ORDERED** to file his updated address with the Court no later than **November 1, 2023.** FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.

The Clerk of the Court is **INSTRUCTED** to send plaintiff Charles Kukes a courtesy copy of the Court's October 2, 2023, order, Docket No. 6, by delivering the same to the email address of High Desert State Prison's law library.

IT IS SO ORDERED.

Dated: October 4, 2023

                                                                                                    _____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE