AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Charles Kukes,

    Plaintiff,

v.

State of Nevada et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01444-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Defendants and against Plaintiff.
The magistrate judge's Report and Recommendation (ECF. 11) is ADOPTED in full.
Case closed.

12/07/2023
Date

DEBRA K. KEMPI
Clerk

/s/ R. Gador
Deputy Clerk